1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>WYNDHAM HOTEL GROUP, LLC d/b/a WYNDHAM HOTELS & RESORTS, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-01146-MCE-KJN<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[L.R. 144 (A)]**<br><br>Complaint Served:  July 6, 2022<br><br>Current Response Date: August 24, 2022<br><br>New Response Date: September 23, 2022 |
|---|---|

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Wyndham Hotel Group, LLC shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to September 23, 2022.

**IT IS SO ORDERED.**

**Dated:  August 23, 2022**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE