Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL GROUP, LLC d/b/a WYNDHAM HOTELS & RESORTS, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case no.: 2:22-cv-01146-MCE-KJN<br><br>Magistrate Judge Morrison C. England, Jr.<br>Courtroom 7, 14th floor<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: June 30, 2022<br>Trial Date: None |

1
NOTICE OF SETTLEMENT

1  Plaintiff, Flor Jimenez ("Plaintiff") hereby notifies the Court that the claims of Plaintiff
2  have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual
3  claims and without prejudice of the claims of the putative class in accordance with Federal Rule
4  of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.
5  Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: September 8, 2022                             Respectfully Submitted,

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and
Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 8, 2022          */s/ Binyamin I. Manoucheri*
                                  Binyamin I. Manoucheri